FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0627

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0627

IN RE THE MARRIAGE OF:

DAWN TAYLOR,

    Petitioner and Appellant,

and

JOHN TAYLOR,

    Respondent and Appellee.

## ORDER GRANTING EXTENSION OF TIME TO FILE TRANSCRIPT

UPON Motion duly made, and there appearing good cause therefore, IT IS HEREBY ORDERED that the Court Reporter shall have until February 6, 2023 to file transcripts of the proceedings.

ELECTRONICALLY SIGNED AND DATED, BELOW

CC:   Kirsten Mull Core

      Rebecca Swandal

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2023